AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 19-mj-207-FHM
United States Postal Service Priority Mail Express parcel )
originating in Hesperia, California, identified by tracking )
number EM 031217356 US )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____Oklahoma____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

☑ **YOU ARE COMMANDED** to execute this warrant on or before  _10-23-19_  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____FRANK H. MCCARTHY____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _10-9-19  2:02 PM_         _Frank H. McCarthy_
                                                  *Judge's signature*

City and state:  Tulsa, Oklahoma             FRANK H. MCCARTHY, U.S. MAGISTRATE JUDGE
                                                  *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 19-MJ-207-FHM | Date and time warrant executed: 10/9/19 2:30 PM | Copy of warrant and inventory left with: 1534 E 71st Place Apt. #1103 Tulsa, OK |
| Inventory made in the presence of: Inspector Brian Hess | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- 2 lbs 2.1 ounces of Marijuana
- 3 lbs 3.4 ounces of Methamphetamines
- Express Mail Box # EM031217356 US
- 1 white teashirt used to wrap around drug package

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/18/19

_Tracy Jones_
Executing officer's signature

Tracy Jones   Inspector
Printed name and title

## ATTACHMENT "A"

SUBJECT PARCEL: a sealed USPS Priority Mail Express parcel measuring approximately 12" x 12" x 8", identified by tracking number **EM 031217356 US** from Zip Code 92345, weighing approximately 6 pounds – 11.5 ounces and postmarked October 8, 2019. The parcel's return address is Neal Soung (Nail and Spa), 17130 Main Street, Unit B, Hesperia, CA 92345, and is addressed to Michael Weathers, 1534 E 71st Place, Apt #1103, Tulsa, OK 74136

## ATTACHMENT "B"

Any controlled substances and evidence constituting ownership and intent to possess controlled substances and possess controlled substances with intent to distribute under Title 21, United States Code, Section 841.